435 A.2d 1316

Commonwealth v. Harris, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

 Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated December 17, 1979 is affirmed.

POPOVICH, J., dissented.